1                                                                                               JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 14-00042RSL |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| vs. | ) ) | |
| DAVID E. MEANS, | ) ) | |
| Defendant. | ) ) | |

THE COURT, having considered the unopposed motion by the defense to continue the trial and the pretrial motions deadline, the defendant's knowing and voluntary waiver, and the records and files herein, hereby makes the following findings:

1. Based on the facts set forth in the unopposed motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to insure adequate time for defense investigation, effective trial preparation and an opportunity for the defendant to benefit from his efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*David E. Means*; CR14099942RSM)        1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date for Mr. Means is continued from April 28, 2014, to September 25, 2014.  Pretrial motions shall be filed by August 21, 2014.

It is further ORDERED that the period from April 28, 2014, to September 25, 2014, will be excludable time under the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

Dated this 27th day of March, 2014.

_____
Robert S. Lasnik
United States District Judge

Presented by,

*/s/  Dennis Carroll*
Dennis Carroll, WSBA No. 24410
Attorney for David Means
Office of the Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
(206) 553-1100 voice
(206) 553-0129 fax
Dennis_Carroll@fd.org

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*David E. Means*; CR14099942RSM)         2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington   98101**
**(206) 553-1100**