UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID MEANS,<br><br>　　　　　　Defendant. | Case No. 2:14-CR-00042-RSL<br><br>**DETENTION ORDER** |

　　　The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure his appearance as required or the safety of other persons and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　　Defendant appeared before the Court and admitted he violated conditions of release as alleged by the Pretrial Service Office. Defendant has serious substance abuse problems that despite his best efforts have resulted in prohibited use of controlled substances, failure to report for drug testing and losing contact with his supervising officer. Left untreated, he poses a risk of flight and a danger to the community. Accordingly, it is therefore **ORDERED**:

　　　(1)　　Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable,

DETENTION ORDER - 1

from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 18th day of April, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2